## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Edward M. Marcico
District Attorney
Dauphin Co. Courthouse
Front & Market Sts.
Harrisburg, Pa 17101

**COMPLETE THIS SECTION ON DELIVERY**
- A. Received by (Please Print Clearly): Debra Reese
- B. Date of Delivery: 1-25-01
- C. Signature: X Debra Reese ☐ Agent ☐ Addressee
- D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number: 7000 0520 0023 0166 2473

1-00-cv-2183    1 of 3    1-24-01

PS Form 3811, July 1999

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Francis Filipi, Deputy Attorney General
15th Floor, Strawberry Square
Harrisburg, Pa. 17120

**COMPLETE THIS SECTION ON DELIVERY**
- A. Received by (Please Print Clearly)
- B. Date of Delivery: JAN 26 2001
- C. Signature ☐ Agent ☐ Addressee
- D. Is delivery address different from item 1? ☐ Yes ☐ No

Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number: 7000 0520 0023 0166 2497

1-00-cv-2183    3 of 3    S.C. order    1-24-01

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Fisher, Pa. Attorney General
15th Floor, Strawberry Square
Harrisburg, Pa. 17120

**COMPLETE THIS SECTION ON DELIVERY**
- A. Received by (Please Print Clearly)
- B. Date of Delivery: JAN 26 2001
- C. Signature ☐ Agent ☐ Addressee
- D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number: 7000 0520 0023 0166 2480

1-00-cv-2183    2 of 3    S.C. order

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

---

**FILED**
HARRISBURG, PA
FEB 6 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

1-00-cv-2183
Show Cause
order
1-24-01