IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRYL L. JONES, | CIVIL ACTION NO. 1:CV-00-2183 |
| Petitioner | (Judge Rambo) |
| v. | (Magistrate Judge Smyser) |
| FRANK D. GILLIS, | FILED<br>HARRISBURG, PA |
| Respondent | APR 0 2 2001 |

ORDER

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Before the court is a report of the magistrate judge recommending that the petition for writ of habeas corpus be denied. To date, no objections have been filed.[1] Accordingly, upon review of the record and applicable law, **IT IS HEREBY ORDERED THAT:**

    1) The court adopts the report and recommendation of Magistrate Judge Smyser.

    2) The petition for writ of habeas corpus is **DENIED**.

    3) This court declines to issue a certificate of appealability.

    4) The Clerk of Court shall close the file.

SYLVIA H. RAMBO
United States District Judge

Dated: April 2, 2001.

Certified from the record
Date 4-2-01
Mary E. D'Andrea, Clerk
Per _____ Deputy Clerk

---

[1] Objections to the report and recommendation were due no later than March 26, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

April 2, 2001

Re: 1:00-cv-02183   Jones v. Gillis

True and correct copies of the attached were mailed by the clerk to the following:

    Darryl L. Jones
    Community Center #11
    DT3384
    407 N. 8th St.
    Philadelphia, PA  19123

    Edward Marsico
    District Attorney's Office
    Dauphin County Courthouse
    Front and Market Streets
    Harrisburg, PA  17101

```
cc:
Judge                       (X ) Rambo         ( ) Pro Se Law Clerk
Magistrate Judge            (X ) Smyser        ( ) INS
U.S. Marshal                ( )                ( ) Jury Clerk
Probation                   ( )
U.S. Attorney               ( )
Atty. for Deft.             ( )
Defendant                   ( )
Warden                      ( )
Bureau of Prisons           ( )
Ct Reporter                 ( )
Ctroom Deputy               ( )
Orig-Security               (X )
Federal Public Defender     ( )
Summons Issued              ( ) with N/C attached to complt. and served by:
                                U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5         ( )
Order to Show Cause         ( ) with Petition attached & mailed certified mail
                                to: US Atty Gen  ( )   PA Atty Gen  ( )
                                    DA of County ( )   Respondents  ( )
Bankruptcy Court            ( )
Other_____    ( )
```

MARY E. D'ANDREA, Clerk

DATE: April 2nd, 2001                         BY: _____
                                                   Deputy Clerk