Darryl L. Jones
Community Center #11
DT3384
407 N. 8th St.
Philadelphia, PA 19123

Re: 1:00-cv-02183

Please file all pleadings direc
the assigned Judge is located.
with the Judge's Chambers.

JUDICIAL OFFICERS:

Judge Sylvia H. Rambo
Judge Yvette Kane
Judge William W. Caldwell
Magistrate Judge J. Andrew Smy

**Chief Judge Thomas I. Vanaski**
**Judge A. Richard Caputo**
**Judge James M. Munley**
**Judge William J. Nealon**
**Judge Richard P. Conaboy**
**Judge Edwin M. Kosik**
**Magistrate Judge Malachy E. Ma**
**Magistrate Judge Thomas M. Ble**

Judge James F. McClure
Judge Malcolm Muir

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108
OFFICIAL BUSINESS

U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
$0.340
METER 590023

HARRISBURG PA 04-02-01

HARRISBURG PA PM 03 APR 2001

RETURNED TO SENDER

VACANT

FILED
APR 16 2001
PER
HARRISBURG, PA DEPUTY CLERK