1:00-CV-2183  11

To whom it may concern:

I'm writing this letter to find out wh[at] is the status report on a habeas corpu[s] that was filed in you office in the year 2000. I have received a letter fro[m] your office around January 2001 stating that you've received the petition and that a judgement would be made. CP# 763, 764, 779 : 98 Harrisburg.

Ms. Mary E. D'Andrea I'm hoping that you could provide me with the informati[on] that I request for. I truly can not find the the correct docket number[s] but I do know that the one above ar[e] part of the ones use in my habeas corpus that was filed in your office [by] me in the year 2000. Here is my charges forgery (3cts) Theft by decep[tion] Soc: 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 DOB: 1-16-67

# Darryl L. Jones
DT 3384
S.C.I Coal Township
1 Kelly Drive
Coal Township PA 17866-1021

FILED
SCRANTON
AUG 15 2001
PER ____
DEPUTY CLERK