1:00CV-2183 (12)

9/13/01
TS

MARY E. D'ANDREA:

My name is Darryl L. Jones and I writing you to find out what is the status report on my HABEAS CORPUS. Commonwealth v. Jones nos. 763, 764, 772 CD. 1998 no. 1502 Harrisburg 1998. filed on Dec. of 2000. I have received a letter from your office in JAN. 2001 stating that my Habeas corpus and my $5.00 dollars filing fee have been receive and that I should receive a answer soon please notify me of the out come.

THANK you for you time and cooperation

#DT3384
Darryl L. Jones
S.C.I CoalTownship
1 Kelly Drive
CoalTownship PA 17866-1021

FILED
SCRANTON
SEP 10 2001
PER _____
DEPUTY CLERK

RECEIVED
SCRANTON
SEP 10 2001
PER _____
DEPUTY CLERK