ORIGINAL

(13)

Mary E. D'Andrea

My name is Darryl L. Jones, and I am currently incarcerated at SCI-Coal Township. I am in need of your help in a very important matter. I have written your office on several occasions within the last three months asking what's the status on the habeas corpus, RE: Com v. Jones, Docket No. 763, 764, 772 CD 1998, No. 01502, HBG. 1998. Charges: Forgery, Theft by Deception. Which was filed around Dec. of 2000. I had received a letter with a receipt for the $5.00 filing fee in Jan. of 2001 stating that my Habeas Corpus had be filed and that I should be receiving a answer soon. Which at this time I haven['t] please inform me of the response.

Thank you!

#DT 3384
Darryl L. Jones
SCI Coal Township
1 Kelly Drive
Coal Township, PA 17866-1021

1:00CV 2183

FILED
SCRANTON

OCT 10 2001