COPY

To whom it concerned:

My name is Darryl L. Jones, and I am currently incarcerated at SCI-Coal Township. I am in need of your help in a very important matter.

I had filed a habaes corpus with your office on the 12th month of Dec. 2000 and I haven't received a review. Could you please tell me what is the status of my habaes corpus.

RE: Com V. Jones, # no. 763, 764, 772 CD 1998,

no. 01502, HBG. 1998. Charges: Forgery 3 cts,

Theft by Deception 1ct, and Criminal Attempt

theft by deception 1ct.

Thank you for your time and consideration.

*Darryl L. Jones*

#DT3384
Darryl L. Jones
SCI-Coal Township
1 Kelly Drive
Coal Township PA 17866-1021

FILED
SCRANTON
NOV 2 3 2001
PER
DEPUTY CLERK

1:00-CV-2183