cc: CY

**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
P.O. BOX 827
FEDERAL BUILDING
HARRISBURG, PA 17108-0827

J. ANDREW SMYSER
MAGISTRATE JUDGE

(717) 221-3980
FAX 221-3979

November 30, 2001

Darryl L. Jones
DT-3384
SCI-Coal Township
1 Kelly Drive
Coal Township, PA 17866-1021

Re: Jones v. Gillis; 1:CV-00-2183

Mr. Jones:

    I am in receipt of your letter to the court filed on November 23, 2001. In your letter you ask about the status of the above-referenced case. For your information, attached is a copy of the docket sheet, a Report and Recommendation filed on March 9, 2001 by Magistrate Judge Smyser and an Order by Judge Rambo dated April 2, 2001 denying your petition.

Sincerely,

Melissa Sayres
Law Clerk to Magistrate
Judge Smyser

FILED
DEC 03 2001
PER
HARRISBURG, PA  DEPUTY CLERK

cc: Edward Marsico (w/o enclosures)