IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Darryl L. Jones

    Petitioner

v.

Frank D. Gillis

    Respondent

1-00-CV-2183

FILED
SCRANTON
NOV 22 2002
Per /S/
DEPUTY CLERK

<u>Motion For Relief From **JUDGMENT** or **ORDER**</u>

1. Petitioner is Darryl L. Jones, petitioner pro se, currently residing at the State Correctional Institution at Coal Township. 1 Kelly Drive, Coal Township, PA 17866-1021.

2. Petitioner seeks relief from Habeas Corpus, docket No. 00-cv-2183, pursuant to Rule 60 (b) of the Federal Rules of Civil Procedure, governing mistakes and/or excusable neglect.

3. Petitioner filed a timely, albeit errant, Habeas Corpus petition to the United States District Court for the Eastern District of Pennsylvania on **June 5, 2000.** see exhibit (1)

4. On **July 11, 2000,** that Court dismissed said petition without prejudice. see exhibit (2)

5. However, that court did not inform petitioner of this **July 11, 2000 ORDER, WHICH LED PETITIONER TO ASSUME THAT**

SAID PETITION WAS YET BEING PROCESSED BY THE Eastern District Court.

6. Subsequent to his release to a Community Center, on **November 11, 2000**, petitioner personally traveled to the Clerk's office of the Eastern District of Pennsylvania to inquire into the status of docket No. 00-3073. In response to petitioner's inquiries, the Clerk's office informed petitioner that (a) said petition was dismissed due to lack of jurisdiction and (b) without jurisdiction, the court lacked responsibility for distributing copies.

7. Petitioner then secured a copy of the **July 11, 2000 ORDER** with a copy of the origin petition and filed the same to the United States District Court for the Middle District.

8. This petition, docket No. 00-cv-2183, was filed on **December 15, 2000.** see docket sheet- exhibit (3) 2 pages.

9. On **March 9, 2001**, Magistrate Judge Smyser submitted a Report and Recommendation, citing petitioner's failure to comply with the one year provisions of 28 U.S.C. 2244(d).

10. On **April 2, 2001**, The Honorable Judge Sylvia Rambo issued an **ORDER** denying the petition.

11. Defendant's copy of this **ORDER** was mailed to:

Community Center #11

407 N. 8th St.

Philadelphia, PA 19123

When that **ORDER** reached that address, petitioner was no longer a resident there, and the mail was returned to the Court undelivered.

12. This meant that in addition to the other herein mentioned errors or mistakes, petitioner faced additional deadline penalties, albeit, without his knowledge.

13. Following numerous requests by petitioner, a copy of Judge Rambo's **ORDER** was mailed to petitioner on **December 3, 2001.**

This MOTION seeks to correct an error that in domino fashion, has precipitated additional errors and possible loss of appeal rights, to wit:

A. The errant filing to the Eastern District Court precipitated a jurisdictional issue.

B. The Court's reluctance to transfer the petition to the proper court, precipitated a mistake issue.

C. The second filing without the benefit of the time precipitated a tolling issue.

D. Petitioner's arbitrary removal from the Community Center precipitated a timely appeal issue.

Petitioner submits:

28 USCA 1631. Transfer To Cure Want of Jurisdiction.

... Whenever a civil action is filed in a court as defined in section 610 of this title or an appeal, including a petition for review of administrative action, is noticed for or filed with such a court and that court finds that there is a want of jurisdiction, the court shall, if it is in the interest of justice, transfer such action or appeal to any

other such court in which the action or appeal could have been brought at the time it was filed or noticed, and the action or appeal shall proceed as if it had been filed in or noticed for the court to which it is transferred on the date upon which it was actually filed, in or noticed for the court from which it is transferred.

Petitioner avers that had the Eastern District Court exercised this Rule when the mistake was first made, **Jurisdiction, Equitable Tolling, Timely Filing, and Timely Appeal** would not now be issues needing remedy in the interest of justice.

**WHEREFORE,** petitioner prays this Honorable Court will grant the herein requested MOTION FOR RELIEF OF JUDGMENT OR ORDER.

Respectfully Submitted,

_____
Darryl L. Jones, Pro Se Petitioner

November 18, 2002

(c) At trial ___See above subparagraph (b)___

(d) At sentencing ___See above subparagraph (b)___

(e) On appeal ___See above subparagraph (b)___

(f) In any post-conviction proceeding ___None___

(g) On appeal from any adverse ruling in a post-conviction proceeding ___None___

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒
(a) If so, give name and location of court which imposed sentence to be served in the future: ___

(b) Give date and length of the above sentence: ___

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

___06-05-2000___
(date)

_____
Signature of Petitioner

(7)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DARRYL L. JONES : CIVIL ACTION
:
v. :
:
FRANK D. GILLIS et al. : NO. 00-3073

FILED JUL 11 2000

ORDER

AND NOW, this 11th day of July, 2000, upon consideration of Jones's petition for a writ of habeas corpus, and the Court finding that:

(a) The petitioner complains of a conviction in Dauphin County, Pennsylvania;

(b) The petitioner is currently incarcerated in SCI Coal Township, located in Northumberland County, Pennsylvania; and

(c) As neither Dauphin County nor Northumberland County is located in the Eastern District of Pennsylvania, there is no jurisdiction in this District pursuant to 28 U.S.C. § 2241(d), and we will therefore dismiss this case without prejudice to its reassertion elsewhere;

It is hereby ORDERED that:

1. This case is DISMISSED WITHOUT PREJUDICE; and
2. The Clerk shall CLOSE this case statistically.

BY THE COURT:

_____
Stewart Dalzell, J.

```
Proceedings include all events.                              TERMED
1:00cv2183 Jones v. Gillis, et al                            PROSE

12/5/00   --    PRISONER LETTER issued as to petitioner Darryl L. Jones
                with Notice and Consent Form (ta) [Entry date 12/19/00]

12/15/00  1     PETITION FOR WRIT OF HABEAS CORPUS  Receipt #: 111 132793
                Amt: $5.00 (ta) [Entry date 12/19/00]

12/27/00  2     ORDER by Mag. Judge J. A. Smyser  IT IS ORDERED that on or
                before 1/19/01, the petitioner shall inform the court
                whether he wants to 1) have his petition ruled upon as
                filed; 2) if his pleading is not styled as a 2254 petition,
                have his pleading recharacterized as a 2254 petition and
                heard as such, but lose his ability to file a second or
                successive petition absent certification by the court of
                appeals as required by 28 USC 2244(b); or 3) w/draw his
                petition and file one all-inclusive petition w/in the
                one-year statutory period prescribed by AEDPA in 28 USC
                2244(d).  If the petitioner fails to inform the court which
                option he chooses, we will rule on the petition as
                captioned. (cc: all counsel & Ct.) (jh)
                [Entry date 12/28/00]

1/24/01   3     ORDER TO SHOW CAUSE by Mag. Judge J. A. Smyser Response to
                petition due 2/13/01 for respondents.  SEE ORDER FOR
                FURTHER DETAILS (cc:  all counsel, DA of Dauphin Cty.,
                Attorney General & Ct.) (jh) [Entry date 01/25/01]

2/5/01    4     LETTER to Edward Marisco dtd 2/1/01 from Francis Filipi re
                copy of order and petition for writ of habeas corpus in the
                above matter. (pm) [Entry date 02/06/01]

2/6/01    5     Acknowledgement Received  of show cause order dtd. 1/24/01
                addressed to E. Marcico, F. Filipi, & M. Fisher. (pm)
                [Entry date 02/07/01]

2/12/01   7     BRIEF by respondents IN SUPPORT of motion to dismiss pet
                for writ of habeas corpus. [6-1]; C/S (pm)
                [Entry date 02/13/01]

2/13/01   6     MOTION by respondents to dismiss pet for writ of habeas
                corpus.; C/S, Propo, Prop.Report & Recommendation (pm)
                [Entry date 02/13/01]

3/9/01    8     REPORT AND RECOMMENDATION - by Mag. Judge J. A. Smyser:
                Recommending the petition be denied and the Clerk of Crt.
                should be instructed to close the file. NOTICE RE: objs.
                attached. Objections to R and R due 3/28/01 (cc: all
                counsel, Crt., Mag. & Tickler) (am) [Entry date 03/12/01]

4/2/01    9     ORDER by Judge Sylvia H. Rambo ADOPTING the REPORT AND
                RECOMMENDATION [8-1] of MJ. Smyser; the habeas corpus
                petition [1-1] is DENIED. Court declines to issue a cert of
                appeal; Clerk of court shall close the file Case
                terminated (cc: all counsel, court, orig. to security, MJ
                Smyser) (ma) [Entry date 04/03/01]

Docket as of November 30, 2001 4:21 pm                       Page 2
```

```
Proceedings include all events.                                    TERMED
1:00cv2183 Jones v. Gillis, et al                                  PROSE

4/16/01    10      MAIL RETURNED addressed to Darryl L. Jones containing copy
                   of order dtd. 4/2/01-marked vacant. (pm)
                   [Entry date 04/17/01]

8/15/01    11      LETTER to court from petitioner Darryl L. Jones RE: Status
                   of case (ts) [Entry date 08/20/01]

9/10/01    12      LETTER to court from petitioner Darryl L. Jones RE: Status
                   of case (ts) [Entry date 09/13/01]

10/10/01   13      LETTER to court from petitioner Darryl L. Jones RE: Status
                   of case (ts) [Entry date 10/10/01]

11/23/01   14      LETTER to court from petitioner Darryl L. Jones RE: Status
                   of case (ts) [Entry date 11/26/01]
```

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Darryl L. Jones                      :
    Petitioner                    :
  v.                                 :
Frank D. Gillis                      :
    Respondent                    :
                                  :

## VERIFICATION

I, Darryl L. Jones, pro se petitioner, swear/affirm under the penalties provided for under 18 Pa. C.S.A. 4904 that the facts contained herein are true and correct to the best of my knowledge, information and belief.

Respectfully submitted,

_____
Darryl L. Jones, pro se petitioner

Dated 11\19\ , 2002

5.