Copy 19

00CV-2183
Return on OTSC 12/13/02

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Susan Forney DA
Off. of the PA. Atty. Gen.
15th Floor Strawberry Sq
Harrisburg, PA 17120

287 2 00CV-2183 OTSC 12/13/02

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7002 2410 0001 2354 0074

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-0835

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Edward Marsico, DA.
Dau. Co. Cthse
Front + Market Sts
Harrisburg, PA 17101

1082 - 00CV2183
OTSC 12/13/02

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Candi Meek   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
Candi Meek          C. Date of Delivery  12-16-02

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7002 2410 0001 2354 0067

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-0835

FILED
HARRISBURG, PA

DEC 18 2002

MARY E. D'AN[...], CLERK
Per _____ Deputy Clerk