

FILED
HARRISBURG, PA

JAN 0 2 2003

MARY E. D'ANDREA, CLERK
Per _____

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRYL L. JONES,<br>Petitioner | : <br> : <br> : | No. 1:CV-00-2183<br>(Judge Rambo)<br>(Magistrate Judge Smyser) |
| v. | : <br> : | |
| FRANK D. GILLIS, et al.,<br>Respondents | : <br> : | |

## APPENDIX

James P. Barker
Deputy District Attorney
Dauphin County Courthouse
Front and Market Streets
Harrisburg, Pennsylvania 17101
(717) 780-6767
Attorney for Respondents

**Exhibit A:** Notes of Testimony of Suppression Hearing, Jury Trial, and Sentencing dated September 16-17, 1998;

**Exhibit B:** Omnibus Pretrial Motion, including Motion to Suppress Evidence, filed by Jones on May 26, 1998;

**Exhibit C:** Petition for Modification of Sentence filed by Jones on September 18, 1998;

**Exhibit D:** Memorandum Opinion of the trial court filed February 4, 1999;

**Exhibit E:** Brief for Appellant in the Superior Court of Pennsylvania filed by Jones on January 19, 1999;

**Exhibit F:** Memorandum Opinion and Judgment of the Superior Court of Pennsylvania filed August 26, 1999.

**EXHIBIT "A"**