Case No: 1:00-cv-2183    Document No: 17,  1 C

Darryl L. Jones
DT3384
Community Center #11
407 N. 8th St.
Philadelphia, PA 19123



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U. S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

FILED
HARRISBURG, PA
JAN 0 8 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

RETURN TO SENDER
☐ OTHER
☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
☐ UNABLE TO FORWARD

remailed 1/9/0