IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Darryl L. Jones | : Civil No. 1:00-cv-2183 |
|     Petitioner | |
| v. | (Judge Rambo) |
| Frank D. Gillis | |
|     Respondent | (Judge Smyser) |
| |     Magistrate Judge |

FILED
HARRISBURG, PA
MAR 2 0 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

MOTION FOR LEAVE FOR EXTENSION OF TIME

TO THE HONORABLE JUDGES OF THE ABOVE COURT:

Comes now, Darryl L. Jones, Petitioner pro se, requesting an EXTENSION OF TIME to file OBJECTIONS to the magistrate's Report and Recommendation dated March 10, 2003.

Due to scheduling constraints within the institution, petitioner is unable to file said objections within the required time frame.

Respectfully submitted,

*Darryl L. Jones*
Darryl L. Jones, Petitioner

March 18, 2003

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Darryl L. Jones | : Civil No. 1:00-cv-2183 |
|     Petitioner |   (Judge Rambo) |
| v. | |
| Frank D. Gillis | |
|     Respondent |   (Judge Smyser) |
| |   Magistrate Judge |

VERIFICATION STATEMENT

I, Darryl L. Jones, pro se, hereby swear/affirm pursuant to Pa. R. Crim. Proc. 4904, (42 Pa. C.S.A.), that the foregoing facts and information is true and correct to the best of my knowledge, information and belief.

Respectfully submitted,

_____
Darryl L. Jones, Petitioner

March 18, 2003

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Darryl L. Jones | : No. 1:cv-00-2183 |
| Petitioner | |
| v. | (Judge Rambo) |
| Frank D. Gillis | |
| Respondent | Magistrate Judge Smyser |

PROOF OF SERVICE

This is to certify that a copy of the foregoing MOTION FOR EXTENSION OF TIME has been sent on the below date, to the individuals listed below and in the manner indicated.

SERVICE BY FIRST CLASS MAIL

Magistrate Judge J. Andrew Smyser

U.S. District Court

228 Walnut Street

P.O. Box 983

Harrisburg, PA 17108

SERVICE BY FIRST CLASS MAIL

James P. Barker

Deputy District Attorney
Dauphin County Courthouse
Front and Market Streets
Harrisburg, PA 17101


March 18, 2003

Name: Darryl L. Jones
Number: DT 3384
1 Kelley Drive
Coal Township, PA 17866-1021

INMATE MAIL
PA
DEPT OF CORRECTIONS

MAR 19 '03

$0.37 U.S. POSTAGE
PB METER 7138786

Office of The Clerk
U.S. Courthouse
P.O. Box 983
Harrisburg, PA 17108

17108+0983 33

FILED
HARRISBURG, PA
MAR 20 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk