IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARRYL L. JONES,** | **CIVIL NO. 1:CV-00-2183** |
| Petitioner | **(Judge Rambo)** |
| v. | **(Magistrate Judge Smyser)** |
| **FRANK D. GILLIS,** | |
| Respondent | |

# O R D E R

Before the court is Petitioner's motion for extension of time to file objections to the March 10, 2003 report and recommendation of the magistrate judge. Petitioner does not specify what scheduling constraints he is facing that is preventing him from filing timely objections. This court, however, will grant Petitioner a brief extension to file his objections.

**IT IS THEREFORE ORDERED THAT** Petitioner shall have until April 7, 2003 in which to file objections to the March 10, 2003 report and recommendation of the magistrate judge.

　　　　　　　　　　　　　　　　　　　　 s/Sylvia H. Rambo

　　　　　　　　　　　　　　　　　　　　SYLVIA H. RAMBO
　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated:  March 13, 2003.